John J. Nelson (SBN 317598)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
280 S. Beverly Drive
Beverly Hills, CA 90212
Tel.: (858) 209-6941
jnelson@milberg.com

*Attorneys for Plaintiff and the Proposed Class*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRISCILLA WALL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WESCOM CENTRAL CREDIT UNION and BARRACUDA NETWORKS, INC.,<br><br>Defendants. | Case No. 5:23-cv-02293-CAS-SHK<br><br>**JOINT NOTICE OF SETTLEMENT** |

Plaintiff Priscilla Wall ("Plaintiff") and Defendant Barracuda Networks, Inc., by and through their respective counsel, have reached a classwide settlement in the above captioned matter and are currently finalizing the settlement papers.[1] Accordingly, the Parties respectfully request that the Court vacate all deadlines and

---

[1] Defendant Wescom Central Credit Union was previously dismissed from this action on March 12, 2025. *See* ECF No. 29.

1

set a forty-five (45) day deadline for the Parties to finalize and execute the settlement agreement and for Plaintiff to file her motion for preliminary approval.


DATED:  May 13, 2025          MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC

By:  */s/ John J. Nelson*
      John J. Nelson (SBN: 317598)

*Attorneys for Plaintiff*
*Priscilla Wall*


DATED:  May 13, 2025          TROUTMAN PEPPER HAMILTON SANDERS LLP

By:  */s/ Tambry L. Bradford*
      Tambry L. Bradford (SBN 223282)
      Angelo A. Stio III (admitted *pro hac vice*)

*Attorneys for Defendant*
*Barracuda Networks, Inc.*


### Local Rule 5-4.3.4 Attestation

    I attest that all signatories concur in the filing's content and have authorized the filing.


Dated: May 13, 2025


                              */s/ John J. Nelson*
                              John J. Nelson