UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  5:23cv02293CAS (SHKx)                                    Date: May 20, 2025

Title  *PRISCILLA WALL v. WESCOM CENTRAL CREDIT UNION; ET AL.*

Present: The Honorable:  CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) – JOINT NOTICE OF SETTLEMENT [42] (Filed 5/13/2025)**

THE COURT, having been notified by counsel that the above-entitled action has been settled on or about May 13, 2025;

IT IS HEREBY ORDERED that plaintiff file a noticed motion for preliminary approval of the parties' settlement or a joint report detailing settlement status on or before June 20, 2025.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.  All dates in this action are hereby **VACATED**.

IT IS SO ORDERED.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | CMJ |