John J. Nelson (SBN 317598)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
280 S. Beverly Drive
Beverly Hills, CA 90212
Telephone: (858) 209-6941
Email: jnelson@milberg.com

*Attorney for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRISCILLA WALL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WESCOM CENTRAL CREDIT UNION and BARRACUDA NETWORKS, INC.,<br><br>Defendants. | Case No. 5:23-cv-02293-CAS-SHK<br><br>**PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>Date: September 29, 2025<br>Time: 10:00 a.m.<br>Ctrm: 8D<br>Location: Via Zoom<br><br>(Assigned to Hon. Christina A. Snyder) |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on **September 29, 2025 at 10:00 A.M.**, via Zoom

- Click **Zoom link**(link is external)
- **Telephone:** (669) 254-5252
- **Webinar ID:** 161 024 0348
- **Passcode:** 055182

or as soon thereafter as counsel may be heard before the Honorable Christina A. Snyder, at 350 W. First Street, Courtroom 8D, 8th Floor, Los Angeles, CA 90012, Plaintiff will and hereby does move this Court, pursuant to Federal Rule of Civil Procedure 23, for an order granting Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement.

Plaintiff bases this Motion for Preliminary Approval of Class Action Settlement on: this Notice; the Memorandum of Points and Authorities filed in support thereof; the Settlement Agreement and Release ("Settlement Agreement") and all exhibits attached thereto; the Declaration of John J. Nelson in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement ("Nelson Decl."); all other records and papers on file in this action; any oral argument on the Motion; and all other matters properly before the Court.

Plaintiff seeks an order pursuant to Federal Rule of Civil Procedure 23(b)(3) certifying the Settlement Class more fully described in the Settlement Agreement, attached to the Motion for Preliminary Approval as Exhibit 1; preliminarily approving the Settlement as fair, reasonable, and adequate; directing notice to be disseminated to the Settlement Class in the form and manner proposed by the parties as set forth in the Settlement Agreement and attached as Exhibits A, B, and C thereto; appointing RG/2 to serve as the Settlement Administrator; appointing Plaintiff as the Class Representative and the undersigned attorney as Class Counsel; and setting a hearing date and schedule for final approval of the Settlement and consideration of Class Counsel's forthcoming

motion for an award of fees, costs, expenses, and service awards.

This Motion is made following the conference of counsel pursuant to L.R. 7-3.

DATED: August 29, 2025

Respectfully submitted,

*/s/ John J. Nelson*
John J. Nelson (SBN 317598)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
280 S. Beverly Drive
Beverly Hills, CA 90212
Telephone: (858) 209-6941
Email: jnelson@milberg.com

*Attorney for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 29, 2025 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ John J. Nelson*
John J. Nelson (SBN 317598)