| | |
|---|---|
| 1 | John J. Nelson (SBN 317598) |
| 2 | **MILBERG, PLLC** |
|   | 280 S. Beverly Drive - Penthouse |
| 3 | Beverly Hills, CA 90212 |
| 4 | Telephone: (858) 209-6941 |
|   | jnelson@milberg.com |
| 5 | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRISCILLA WALL, individually and on behalf of all others similarly situated, | CASE NO. 5:23-cv-02293-CAS-SHK |
| | (Assigned to Hon. Christina A. Snyder) |
| v. | |
| | **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS** |
| WESCOM CENTRAL CREDIT UNION and BARRACUDA NETWORKS, INC. | |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on February 2, 2026, at 10:00am PT, or as soon thereafter as counsel may be heard, by Zoom before the Honorable Christina A. Snyder, at First Street Courthouse, 350 West 1st Street, Courtroom 8D, 8th Floor, Los Angeles, California 90012, Plaintiff will and hereby does move this Court, pursuant to Federal Rule of Civil Procedure 23, for an order granting Plaintiff's Motion for Attorneys' Fees, Expenses and Service Awards.

Plaintiff bases her Motion for Attorneys' Fees, Expenses, and Service Awards on this Notice; the Memorandum of Points and Authorities filed in support

thereof; the Declaration of John J. Nelson in Support of Plaintiff's Motion for Attorneys' Fees, Expenses, and Service Awards; and all other records and papers on file in this action; any oral argument on the Motion; and all other matters properly before the Court.

Date: November 24, 2025              Respectfully Submitted,

                                           */s/ John J. Nelson*
                                           John J. Nelson (SBN 317598)
                                           **MILBERG, PLLC**
                                           280 S. Beverly Drive
                                           Beverly Hills, CA 90212
                                           Telephone: (858) 209-6941
                                           jnelson@milberg.com

                                           *Attorney for Plaintiff and the Settlement Class*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 24, 2025 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ John J. Nelson*
John J. Nelson (SBN 317598
