John J. Nelson (SBN 317598)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
280 S. Beverly Drive, Penthouse
Beverly Hills, CA 90212
Telephone: (858) 209-6941

*Counsel for Plaintiff and the Settlement Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRISCILLA WALL, individually and on behalf of all others similarly situated,<br><br>PLAINTIFF,<br><br>vs.<br><br>WESCOM CENTRAL CREDIT UNION and BARRACUDA NETWORKS, INC.,<br><br>DEFENDANTS. | Case No. 5:23-CV-02293-CAS-SHK<br><br>(Assigned to Hon. Christina a. Snyder)<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**Date:** February 2, 2026<br>**Time:** 10:00 a.m.<br>**Courtroom:** 8D |

# NOTICE OF MOTION AND MOTION

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**
**PLEASE TAKE NOTICE** that on February 2, 2026, at 10:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 8D, 8th Floor of the United States District Court for the Central District of California, First Street U.S. Courthouse, 350 W 1st Street, Los Angeles, California 90012, the Honorable Judge Christina A. Snyder, presiding, Plaintiff Priscilla Wall ("Plaintiff") hereby will and does move the Court an Order for final approval of the Settlement and certification of the Settlement Class pursuant to Rules 23(e) and 23(b)(3) of the Federal Rules of Civil Procedure.

In so moving, Plaintiff respectfully requests that the Court: (1) approve the Settlement Agreement as fair, reasonable, and adequate under Rule 23(e); (2) finally certify the Settlement Class under Rule 23(b)(3); (3) finally appoint Plaintiff as Class Representative for the Settlement Class; (4) finally appoint as Settlement Class Counsel John J. Nelson; and (5) find the Notice Program as implemented satisfies Rule 23 and due process.

This Motion is based upon the Memorandum of Points and Authorities, the accompanying Declaration of Tina Chiango in support of Final Approval of Settlement, and all exhibits attached thereto, pleadings on file in this Action, and other such matters and argument as the Court may consider at the hearing on this motion.

Date: December 29, 2025

Respectfully Submitted,

By: */s/ John J. Nelson*
John J. Nelson (SBN 317598)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
280 S. Beverly Drive, Penthouse
Beverly Hills, CA 90212
Telephone: (858) 209-6941

*Attorneys for Plaintiff and the Settlement Class*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 29, 2025, the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ John J. Nelson*
John J. Nelson (SBN 317598)