UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PRISCILLA WALL,** individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> vs.<br><br>**WESCOM CENTRAL CREDIT UNION and BARRACUDA NETWORKS, INC.,**<br><br>    Defendants. | Case No. 5:23-cv-02293-CAS-SHKx<br><br>**DECLARATION OF TINA CHIANGO IN SUPPORT OF MOTION FOR FINAL APPROVAL** |

  I, Tina Chiango, hereby declare and state as follows:

  1. My name is Tina Chiango, and I am over the age of eighteen (18) years. I make this declaration under the penalty of perjury, free and voluntarily, under no coercion, threat, or intimidation, and without promise of benefit or reward, based on my own personal knowledge. If called to testify, I could and would testify consistent with the matters stated herein.

  2. I am a Director of Claims Administration for RG/2 Claims Administration LLC ("RG/2 Claims"), whose address is 30 South 17th Street, Philadelphia, PA 19103. RG2 Claims is the independent third-party settlement administrator retained as Claims Administrator to handle various settlement administration activities in the above-referenced matter, including, but not limited to, mailing of settlement notification packages to Class Members, Claim Form collection and review, claimant correspondence, distribution and any necessary tax reporting.

  3. RG/2 Claims is a full-service class action settlement administrator offering

**DECLARATION OF TINA CHIANGO, CLAIMS ADMINISTRATOR**

notice, claims processing, allocation, distribution, tax reporting, and class action settlement consulting services. RG/2 Claims' experience includes the provision of notice and administration services for settlements arising from antitrust, data security breach, consumer, civil rights, employment, negligent disclosure, and securities fraud allegations. Since 2000, RG/2 Claims has administered and distributed in excess of $2.3 billion in class action settlement proceeds.

4. As required by the Class Action Fairness Act ("CAFA"), on September 10, 2025, RG/2 Claims caused to be served by First-Class mail, a Notice of Proposed Settlement to the United States Attorney General and 51 State Attorney Generals. A copy of the Notice of Proposed Settlement is attached hereto as **Exhibit A**. RG/2 has received no objections or other responses from any Attorneys General

5. On September 3, 2025, RG/2 Claims received an Excel file from Class Counsel which contained a total of 32,963 individuals identified as Settlement Class Members in this Settlement. RG/2 Claims reviewed the files, submitted the file to the National Change of Address ("NCOA") database and updated any new addresses obtained from NCOA.

6. On October 29, 2025, RG/2 Claims arranged for the mailing of the Short Form Notice to the 32,963 Settlement Class Members, which included a personalized Login and PIN to be used when filing a claim through the claims filing portal, as well as a personalized code and link for the free credit monitoring that will be available after the Effective Date. A non-personalized copy of the Short Form Notice is attached hereto as **Exhibit B**.

7. Of the 32,963 Short Form Notices mailed, a total of 2,163 were returned by the USPS as undeliverable. Of those returned, 151 contained a forwarding address, which RG/2 Claims used to immediately re-mail those Short Form Notices. RG/2 Claims performed address verification searches (also referred to as "skip tracing") for those returned as undeliverable without a forwarding address. Re-mails were sent to 1,443 Settlement Class Members via U.S. First Class mail at the updated addresses located via skip tracing. After these efforts, 569 remained undeliverable. Based on this information, the Short Form Notice has reached 98.27% of the Settlement Class Members that were mailed to.

8. RG/2 Claims created a settlement website, which went live on October 27, 2025, www.barracudasettlement.com. The website's homepage includes a summary of the Settlement as well as Settlement Class Member's legal rights and options. The website also included: a "File a Claim" page, which contained the link to the Claims Portal as well as a pdf of the Claim Form for printing; a "Court Documents" page, which includes various Settlement documents; an "FAQ" page; and a "Contact Us" page that provided the contact information for RG/2 Claims.

9. Settlement Class Members were provided a toll-free number of 866-742-4955 where they could speak to a live operator during regular business hours or leave a message for a call back, as well as a settlement email address where Settlement Class Members could contact RG/2 Claims with any questions or concerns.

10. As referenced in the Short Form Notice, the deadline to submit a request for exclusion from the Settlement is January 27, 2026. To date, RG/2 Claims has received one (1) request for exclusion from a Settlement Class Member. A copy of this requested is attached hereto as **Exhibit C**.

11. Also referenced in the Short Form Notice, the deadline to object to the Settlement is January 27, 2026. To date, RG/2 Claims has not received or been made aware of any objections to the Settlement.

12. Settlement Class Members were advised that the deadline to file a Claim is also January 27, 2026. To date, RG/2 Claims has received a total of 384 Claim Forms from Settlement Class Members.

I declare under the laws of the United States of America and the State of Pennsylvania that to the best of my knowledge the foregoing is true and correct.

Executed on December 24, 2025 at Philadelphia, Pennsylvania.



_____
Tina Chiango

**DECLARATION OF TINA CHIANGO, CLAIMS ADMINISTRATOR**

# EXHIBIT A

Via «FedEx»

«First» «Last», «Esquire»
Attorney General
«Street_1»
«Street2»
«City», «FedEx» «Zip»

**Re**:   *Wall et al. v. Wescom Central Credit Union and Barracuda Networks, Inc., et al.*
Case No. 5:23-cv-02293-CAS-SHK
United States District Court, Central District of California
<u>Notice of Proposed Settlement under the Class Action Fairness Act (CAFA)</u>

To «First» «Last», Esq.:

RG2 Claims Administration LLC is the independent third-party Administrator in the above referenced class action lawsuit that is pending before The Honorable Christina A. Snyder, U.S.D.J., in the United States District Court for the Central District of California (the "Action"). Troutman Pepper Hamilton Sanders LLP represents defendant Barracuda Network, The Philadelphia Inquirer LLC, PBC ("Defendant") in that Action. The Action is pending before the Honorable Karen S. Marston in the United States District Court for the Eastern District of Pennsylvania.

This letter is to advise you that plaintiff Pricilla Wall filed a Motion for Preliminary Approval of a Class Action Settlement in connection with the Action on **August 29, 2025**. The hearing on the motion for preliminary approval is scheduled for **September 29, 2025 at 10:00 a.m.** by Zoom (https://cacd-uscourts.zoomgov.com/j/1610240348?pwd=dEhVMUw4eDR4RnAwNmltY296WnVLQT09#success).
This CAFA notice is being provided as soon as practicable after resolution of the class member list and more than ninety (90) days before any final approval hearing in the matter.

Defendant denies any wrongdoing or liability whatsoever but has decided to settle the Action solely in order to eliminate the burden, expense, and uncertainties of further litigation. In compliance with 28 U.S.C. § 1715(b), the documents referenced below are included on the CD that accompanies this letter.

1. *28 U.S.C. § 1715(b)(1) – Complaint and Related Materials:* A copy of the Putative Class Action Complaint is included on the enclosed CD as **Exhibit 1**.

2. *28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:* As of the date of this letter, the Court has not yet scheduled a final fairness hearing in this Action. A copy of the Motion for Preliminary Approval requesting the Court to preliminarily approve the proposed Class Action Settlement is attached as **Exhibit 2**.



3. *28 U.S.C. § 1715(b)(3) – Notification to Class Members:* Copies of the Long Form Notice, Postcard Notice, and the Claim Form are included on the enclosed CD as **Exhibit 3.**

4. *28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:* A copy of the Settlement Agreement is included on the enclosed CD as **Exhibit 4.**

5. *28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreement:* As of the date of this agreement, no other settlement or agreement has been entered into by the Parties to this Action, either directly or by and through their respective counsel.

6. *28 U.S.C. § 1715(b)(6) – Final Judgment:* No Final Judgment has been reached as of date of this letter, nor have any Notices of Dismissal been entered at this time.

7. *28 U.S.C. § 1715(b)(7)(A)-(B) – Names of Class Members/Estimate of Class Members*: A copy of the names and states of residence for the putative Class Members is included on the enclosed CD as **Exhibit 5.**

8. *28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:* As the proposed Settlement is still pending final approval by the Court, there are no other opinions available at this time.

If you have questions about this notice, the lawsuit, or the enclosed materials, please contact Angelo A. Stio, III at 609-951-4125 (counsel for Defendant Barracuda Networks, Inc.) or RG/2 Claims Administration LLC at 215-979-1620.

Sincerely*,*

RG/2 Claims Administration LLC


cc:   John Nelson, Esq.

# EXHIBIT B

## Legal Notice

*A court authorized this notice.*
*This is <u>not</u> a solicitation from a lawyer*

*WALL V. WESCOM CENTRAL CREDIT UNION, ET AL.*
*CASE NO. 5:23-CV-02293-CAS-SHK (C.D.CAL.)*

**ATTENTION!** If you received a Notice from Wescom Central Credit Union regarding an incident involving potential unauthorized access to your PII on or around October 20, 2023, you may be eligible for a payment from a class action settlement

Learn More At:
www.barracudasettlement.com

Barracuda Networks, Inc Data Settlement
c/o RG/2 Claims Administration LLC
P.O. Box 59479
Philadelphia, PA 19102-9479

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
MAG

**Electronic Service Requested**


NUMERIC EQUIVALENT

Postal Service: Please do not mark barcode

‹‹FirstName››‹‹LastName››
‹‹Address1››
‹‹Address2››
‹‹City››, ‹‹State›› ‹‹Zip››
‹‹Country››

A proposed Settlement has been reached between Plaintiff Priscilla Wall ("Plaintiff") and Barracuda Networks, Inc ("Barracuda" or "Defendant") in a lawsuit arising out of an alleged security incident. Between October 30, 2022 and May 30, 2023, Class Member private information was potentially accessible by an unauthorized third-party who gained access to an email secure gateway that Defendant provided to Wescom Central Credit Union (the "Incident").

**Who is Included?** Class Members include all individuals who were sent a notice of the Incident from Wescom on or around October 20, 2023.

**What does the Settlement Provide?** The Settlement provides for Class Members to submit a claim form to receive reimbursement for documented (1) Ordinary Losses; (2) Lost Time; and (3) Extraordinary Losses. It also provides for Class Members to receive Credit Monitoring.

- **Documented Ordinary Losses:** a claim can be submitted for reimbursement for certain documented losses up to $500 for unreimbursed losses relating to unreimbursed bank fees, long distance phone charges, cell phone charges (only in charged by the minute), data charges (only if charged based on the amount of data used), postage, or gas for local travel; fees for credit reports, credit monitoring, or any other insurance product purchased between October 2022 and the date of the Claims Deadline, **and/or**
- **Lost Time:** compensation of up to 3 hours of lost time (at $20/hour) spent dealing with the Incident, with attestation in the Claim Form affirming time spent was related to the Incident, **and/or**
- **Documented Extraordinary Losses:** reimbursement up to $1,500 for proven Extraordinary Losses if (1) the loss is actual, documented and unreimbursed; (2) the loss was caused by the Incident; (3) the loss occurred during the specified period; and (4) the loss is not already covered by one or more of the other categories of settlement benefits, and the Settlement Class Member made reasonable efforts to avoid or seek reimbursement for the loss.;
- *Credit Monitoring:* Settlement Class Members will be automatically offered a 1-year membership in 3B credit monitoring with at least $1 million in fraud protection. No formal claim is required. Your code to enroll in the service will be ‹‹Code››, using the link https://app.identitydefense.com/enrollment/activate/barracuda. This code will not be active until the Effective Date as defined in the Settlement Agreement. Please check the website after the fairness hearing for an update on when the credit monitoring code will be active.

**How To Get Benefits:** You must complete and file a Claim Form online or by mail postmarked by **January 27, 2026**, including required supporting document if you choose a Documented Ordinary, Lost time, and Extraordinary losses. You can file your claim online at www.barracudasettlement.com. To file online, your unique Login and Password is required to access the form:

Login: ‹‹Login››          Pin: ‹Pin››

You may also get a paper Claim Form by calling the toll-free number of 1-866-742-4955 and submit by mail.

**Your Other Options:** If you do not want to be legally bound by the terms of the Settlement, you must exclude yourself by **January 27, 2026**. If you do not exclude yourself, you will be bound by the terms of this Settlement Agreement and you will release any claim you may have (as defined in the Settlement Agreement) related to the Barracuda data Incident, as more fully described in the Settlement Agreement, available on the Settlement Website. If you do not exclude yourself, you may object to the Settlement by **January 27, 2026**, as more fully described in the Settlement Agreement, available on the Settlement Website.

**The Fairness Hearing:** The Court will hold a Final Approval Hearing on **February 2, 2026 at 10:00 a.m.** before the Honorable Judge Christina A. Snyder of the United States District Court for the Central District of California, via Zoom, to consider whether to approve the Settlement, service awards, attorneys' fees and litigation expenses, as well as any objections. You or your attorney may request to appear at the hearing, but you are not required to do so. The hearing may be held remotely, so please check the settlement website for those details.

# EXHIBIT C

November 3, 2025

Barracuda Networks Data Settlement

C/O RG/2 Claims Administration

PO Box 59479

Philadelphia, PA  19102-9479

RE:  Wall v. Wescom Central Credit Union

Claims Administrator:

I want to be **EXCLUDED** from the Settlement in:

**Wall v. Wescom Central Credit Union, et al., Case No. 5:23-cv-0223-CAS-SHK**

Submitted by:

Patricia A. King Sheeter      _Patricia A. King Sheeter_   Nov 3, 2025
10 Heather Glen Dr.                                         Date
Crossville, TN 38558

Patricia King-Sheeter
10 Heather Glen Dr.
Crossville, TN 38558

NASHVILLE TN 370

4 NOV 2025   AM 4   L



1775  2025

UNITED STATES
OF AMERICA
FOREVER/USA

BARRACUDA NETWORKS DATA SETTLEMENT

C/O RG/2 CLAIMS ADMINISTRATION

P.O. BOX 59479

PHILADELPHIA, PA 19102-9479

19102-947979