UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRISCILLA WALL, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>WESCOM CENTRAL CREDIT UNION and BARRACUDA NETWORKS, INC.,<br><br>　　　　　　　Defendants. | Case No.  5:23-cv-02293-CAS-SHK<br><br>(Assigned to Hon. Christina A. Snyder)<br><br>**DECLARATION OF JOHN J. NELSON IN SUPPORT OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT** |

1. In support of Plaintiff's Motion for Final Approval of Class Action Settlement with Defendant Barracuda Networks, Inc. ("Defendant"), I, John J. Nelson, hereby declare under penalty of perjury:

    1. I am a partner at the international plaintiffs' class action firm Milberg Coleman Bryson Phillips Grossman, PLLC. I am the counsel of record for Plaintiff. I submit this declaration based on my own personal knowledge, and if called to do so, I could testify to the matters contained herein.

    2. The deadline to submit claims, requests for exclusion, and objections to the Settlement was January 27, 2026.

    3. To date, one request for exclusion has been received and no objections to the settlement have been asserted. *See* Supplemental Declaration of Tina Chiango in Support of Motion for Final Approval. ("Admin Decl.") ¶¶ 4-5, Exh. A.

    4. To date, RG/2 Claims has received a total of 482 Claim Forms from Settlement Class Members. RG/2 expects that a few additional claims may be filed with timely postmarks and will be processed accordingly. *Id*. ¶ 6.

    5. Of the 482 claims received, RG/2 has reviewed and made determinations to allow 233 claims to date. Of these 233 claims, a total of $142 in regular expenses were approved and 624 hours representing $12,480 were approved. *Id*. ¶ 7.

    6. 249 Claims have not yet been fully approved, however, All 66 hours of Lost Time, representing $1,320 from these claims will be approved. RG/2 is in the process of sending deficiency letters to allow these claimants to send supporting documentation for their claims for Regular Expenses and Ordinary Expenses. *Id*. ¶ 8.

    7. Once the deadline for the deficiency letters has passed, RG/2 will advise Counsel of the final numbers and determinations on all claims. *Id*.

8. An Amended [Proposed] Final Approval Order and Judgment identifying the individual who timely requested exclusion concurrently submitted herewith.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct. Executed this 30th day of January, 2026

> By: */s/ John J. Nelson*
> John J. Nelson
> **MILBERG, PLLC**
> 280 S. Beverly Drive-Penthouse
> Beverly Hills, CA 90212
> Telephone: (858) 209-6941
> Email: jnelson@milberg.com